IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:17-CR-00443-K (1) |
| | § | |
| DEMARCUS RIVERS | § | |
| Defendant | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Probation to United States Magistrate Judge David L. Horan for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court, and has also indicated that he will not be filing any objections, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 6 months to run concurrently with the state sentences imposed in September 2021. (with credit for time served); with no further term of Supervised Release to follow.

The Court recommends that Defendant be allowed to serve his sentence at FCI Seagoville or in a facility located in the Northern District of Texas, if appropriate.

SO ORDERED.

Signed November 17th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

PAGE 2